IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:24-CR-84-FDW |
| | ) |
| v. | ) FACTUAL BASIS |
| | ) |
| (4) ADERLY JOSE VELIZ-RONQUILLO | ) |
|     a/k/a "Chanchin" | ) |
| | ) |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

## The Enterprise

1. "La Mara Salvatrucha," also known as the MS-13 gang (hereafter "MS-13"), was a gang composed primarily of immigrants or descendants of immigrants from El Salvador, with members operating in the Western District of North Carolina and throughout the United States.

2. MS-13 originated in Los Angeles, California. Some MS-13 members returned to El Salvador, where the gang flourished and spread across Central America, while other members expanded the organization across the United States.

3.  MS-13 was organized into a series of sub-units, or "cliques," that operated in specific geographic locations. One such clique was the Hollywood Locos Salvatruchas Clique (the "HLS clique"), which operated in and around the Western District of North Carolina and other areas in North Carolina, Virginia, Maryland, Washington D.C., and elsewhere. Like all other MS-13 cliques, the HLS clique established its own internal traditions and hierarchy while adhering to the umbrella rules and protocols of MS-13.

### The Racketeering Enterprise

4.  MS-13, including the leaders, members, and associates of the HLS clique and other cliques, in the Western District of North Carolina, and elsewhere, constituted an "enterprise" as defined in Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact. The enterprise constituted an ongoing organization whose members function as a continuing unit that had a common purpose of achieving the objectives of the enterprise. The enterprise was engaged in, and its activities affected, interstate and foreign commerce.

### Purposes of the Enterprise

5.  The purposes of the MS-13 enterprise included, but were not limited to, the following:

    a.  Preserving and protecting the power, territory, reputation, and profits of the enterprise through the use of intimidation, threats of violence, and acts of violence, including assault and murder.

    b.  Keeping victims, potential victims, and community members in fear of the enterprise and its members and associates through violence and threats of violence.

    c.  Providing financial and other support and information to gang members, including those incarcerated in the United States and El Salvador.

    d.  Providing assistance to gang leaders, members, and associates who committed crimes on behalf of the enterprise in order to hinder, obstruct, and prevent law enforcement officers from identifying, apprehending, and punishing offenders.

### Means and Methods of the Enterprise

6.  Among the means and methods by which the defendants and others conducted and participated in the conduct of the affairs of MS-13 were the following:

    a.  Members and associates of MS-13 used intimidation, violence, and threats of violence, including murder and assault, to preserve, expand, and protect the enterprise's territory and activities and to promote and enhance their prestige, reputation, and position in the community.

b. Members and associates of MS-13 promoted a climate of fear through intimidation, violence, and threats of violence.

c. Members and associates of MS-13 associates committed, attempted to commit, conspired to commit, and threatened to commit acts involving robbery, kidnapping, extortion, and narcotics trafficking as means of obtaining money.

d. Members and associates of MS-13 used funds raised by the enterprise for gang purposes, including obtaining firearms for and providing support to MS-13 gang members and associates.

### The Defendant

7. At all times relevant to the First Superseding Indictment, the defendant, **Aderly Jose Veliz-Ronquillo ("Veliz-Ronquillo")**, was associated with the criminal enterprise La Mara Salvatrucha, also known as MS-13, including the HLS clique.

8. On or about November 6, 2022, in the Western District of North Carolina, **Veliz-Ronquillo** participated in the knowing, willful, deliberate, and premeditated murder of W.G.M. in aid of racketeering and in violation of the laws of the State of North Carolina, for the purpose of gaining entrance to or maintaining or increasing his position in the MS-13 enterprise.

9. In the course of the commission of the November 6, 2022, murder in aid of racketeering, **Veliz-Ronquillo**, aided and abetted by others, unlawfully, knowingly, and intentionally used and carried a firearm during and in relation to the murder in aid of racketeering, a crime of violence which may be prosecuted in federal court, and knowingly possessed a firearm in furtherance of such crime. In the course of such violation, **Veliz-Ronquillo** and others caused the death of W.G.M. through the use of a firearm, which killing was first degree murder as defined in Title 18, United States Code, Section 1111(a). More specifically, **Veliz-Ronquillo** fired one shot from a semi-automatic pistol, striking W.G.M. in the head. The Mecklenburg County Medical Examiner determined that W.G.M.'s death was caused by multiple gunshot wounds, including the one inflicted by **Veliz-Ronquillo**.

(*Remainder of page left intentionally blank*)

DENA J. KING
UNITED STATES ATTORNEY

_____
ERIK LINDAHL
ASSISTANT UNITED STATES ATTORNEY

_____
DAVID KELLY
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the First Superseding Bill of Indictment, and the Plea Agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the First Superseding Bill of Indictment, and the Plea Agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____    DATED: 9/20/24
W. ROB HEROY, Attorney for Defendant

/s/ Kevin Tate                    DATED: 09/20/2024
KEVIN TATE, Attorney for Defendant

/s/ Kimberly Sharkey              DATED: 09/20/2024
KIMBERLY SHARKEY, Attorney for Defendant

4